THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* CURTIS LEE SMITH, Defendant-Appellant.

(No. 58050;

First District (1st Division)—March 11, 1974.

PER CURIAM.
EGAN, J., took no part.

James J. Doherty, Public Defender, of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago, for the People.

THE PEOPLE OF THE STATE OF ILLINOIS *et al.*, Plaintiffs-Appellees, *v.* GABRIEL NIETO, Defendant-Appellant.

(No. 59021;

First District (1st Division)—March 11, 1974.

*Rehearing denied March 28, 1974.*